RAYMOND KLIMTZAK, an Infant, by IRENE KLIMTZAK, His Guardian ad Litem, Appellant, *v.* PENNSYLVANIA RAILROAD COMPANY, Respondent.

Argued April 4, 1944; decided May 18, 1944.

*William J. Sernoffsky* for appellant.

*Harold J. Adams* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Lehman, Ch. J., Loughran, Lewis, Conway and Thacher, JJ. Taking no part: Rippey and Desmond, JJ.